| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Onyinye N. Anyama 262152**<br>**18000 Studebaker Road**<br>**Suite 325**<br>**Cerritos, CA 90703**<br>**562.645.4500 Fax:  562.645.4494**<br>**262152 CA**<br>**info@anyamalaw.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Samuel Marquez**<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:18-bk-21789-RK**<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE**<br>**[LBR 3003-1]**<br><br>☐ **No hearing: LBR 9013-1(q)**<br>☑ **Hearing information**<br>DATE: **December 12, 2018**<br>TIME: **11:00 a.m.**<br>COURTROOM: **1675**<br>ADDRESS: **255 E. Temple Street, Suite 1682**<br>**Los Angeles, CA 90012** |
|---|---|

1. Bar Date. The court has set a deadline of (date) **March 8, 2019**   (Bar Date), for creditors in the above-referenced case to file proof of claims against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☑ 255 East Temple Street, Los Angeles, CA 90012              ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367          ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

    (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. See 11 U.S.C. §§ 365(d)(4) and 502(g).

    (b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (date) **October 8, 2018**, and therefore calculates that this deadline is (date) **April 6, 2019**). See 11 U.S.C. §§ 101(27) and 502(b)(9).

    (c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. See 11 U.S.C. § 502(h).

(d) <u>Agreed claims.</u> If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated <u>or</u> unknown, or if you disagree with the amount or description of your claim (e.g., its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims.</u> Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim.* Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. <u>Interest Holders.</u> If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: **December 12, 2018**

By: **/s/ Onyinye N. Anyama**
Signature of Debtor, chapter 11 trustee, or their attorney

Name: **Onyinye N. Anyama 262152**
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**18000 Studebaker Road**
**Suite 325**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/12/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Onyinye N Anyama on behalf of Debtor Samuel Marquez**
onyi@anyamalaw.com, anyamainfo@gmail.com;info_anyama@ecf.courtdrive.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

**Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)**
hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **12/12/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  **Secured and Twenty Largest Unsecured Creditors**
  **Judge's Copy-Hon. Robert N. Kwan-255 E. Temple Street, Suite 1682 / Courtroom 1675**
**Los Angeles, CA 90012**

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **December 12, 2018** | **Elizabeth Cruz** | **/s/Elizabeth Cruz** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Debtor**
Samuel Marquez
2025 West 35th St
San Pedro, CA 90732

**Debtors Attorney**
Onyinye N. Anyama
Anyama Law Firm, A Professional Corporation
18000 Studebaker Road, Suite 325
Cerritos, CA 90703

**Attorney for Trustee:**
Alvin Mar
Office of the United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90071

**Secured Creditors
(via certified/overnight mail)**
Selene Finance, Lp
Attn: CEO/Bankruptcy Dept
9990 Richmond Ave Ste 100,
Houston Tx 77042

Selene Finance, Lp
Attn: CEO/Bankruptcy Dept
9990 Richmond Ave Ste 400,
Houston Tx 7704

**Twenty Largest Unsecured Creditors
(Note this category also contains all
general unsecured creditors)**
ACA International
725 Canton Street
Norwood, MA 02062

Afni, Inc.
Po Box 3097
Bloomington, IL 61702

At&t
P.O Box 537104
Atlanta, GA 30353

CEP America California
P.O Box 582663
Modesto, CA 95358

City of Los Angeles Fire Dept
P.O Box 845257
Los Angeles, CA 90084

CMRE Financial Services
3075 E Imperial
Suite 200
Brea, CA 92821

Providence Health Servs
P.O Box 3268
Portland, OR 97208

Riverside University Health System
P.O Box 8770
Pompano Beach, FL 33075

Stephen R. Shea MD Inc
P.O Box 2209
Arcadia, CA 91077

USCB America
355 S. Grand Ave
Los Angeles, CA 90071