Onyinye N. Anyama (SBN:262152)
Anyama Law Firm, A Professional Corporation
18000 Studebaker Road, Suite 325
Cerritos, CA 90703
Tel: 562.645-4500; Fax: 562.645-4494
info@anyamalaw.com

Attorney for Debtor and
Debtor-in-Possession



**FILED & ENTERED**

MAY 04 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SAMUEL MARQUEZ<br><br>Debtor | Case No.    2:18-bk-21789-RK<br><br>Chapter 11<br><br>**ORDER ON STIPULATION TO DISMISS OR CONVERT CHAPTER 11 CASE**<br><br>**HEARING DATE:**<br><br>DATE: June 16, 2021<br>TIME: 11:00 A.M<br>CTRM: 1675<br>BLDG: 255 E Temple St,<br>        Los Angeles, Ca 90012 |

The Court, having read and considered the Stipulation to Dismiss or Convert Chapter 11 Case (Stipulation, ECF 152) between debtor and debtor-in-possession Samuel Marquez and the United States of America, on behalf of its agency the Internal Revenue Service (IRS), and good cause appearing:

    1.    ORDERS that the Stipulation is in all respects APPROVED.

    2.    FINDS that there is cause to dismiss or convert this case under 11 U.S.C. § 1112.

    3.    ORDERS that the pretrial conference on the debtor's objection to the claim filed by the IRS scheduled for June 16, 2021, at 11:30 a.m. is VACATED.

4.	ORDERS that the Court will conduct a hearing on the United States' motion to dismiss (ECF 142) on the above date and time, at which time it will consider any argument as to whether dismissal or conversion of this case is in the best interest of creditors and the estate.

###

Date: May 4, 2021

_____
Robert Kwan
United States Bankruptcy Judge